UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDMUND JOVAUGHN: ROBINSON-EL,

       Plaintiff,                              Case No. 05-60178

v.                                               Hon. John Corbett O'Meara

CORPORATION OF THE UNITED STATES OF
AMERICA, *et al.,*

       Defendants.

_____/

**ORDER GRANTING DEFENDANTS' MOTION
TO DISMISS AND MOTION TO STRIKE PLAINTIFF'S COMPLAINT**

     Before the court are Defendant Jack Simms, Jr.'s Motion to Strike and Defendants Joseph Costello, Jr., Stephen Borello, and Sharon McDonald's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).  Although the court issued orders requiring a response, Plaintiff has not submitted responses to Defendants' motions.  Pursuant to Local Rule 7.1(e)(2) (E.D. Mich. Sept. 8, 1998), the court finds that oral argument is unnecessary.

     Plaintiff filed a "verified criminal complaint" on July 28, 2005.  Plaintiff appears to allege that he is a "Sovereign Moor" and that his right to bear arms under the Second Amendment was somehow violated.  Plaintiff does not however, provide any factual basis whatsoever for his claim in his virtually incomprehensible complaint.  Plaintiff has failed to meet the relatively basic pleading standards required of pro se litigants.  See Wells v. Brown, 891 F.2d 591, 594 (6th Cir. 1989).  Accordingly, Plaintiff has failed to state a claim upon which relief may be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Therefore, IT IS HEREBY ORDERED that Defendants McDonald, Borello, and Costello's Motion to Dismiss is GRANTED.

It is further ORDERED that Defendant Simms' Motion to Strike is GRANTED.

It is further ORDERED that Plaintiff's complaint is DISMISSED in its entirety WITH PREJUDICE.


               S/John Corbett O'Meara
               John Corbett O'Meara
               United States District Judge


Dated:  November 10, 2005